# EXHIBIT B

# EXHIBIT B

Record of Plaintiff's Electronic Signature
dated February 19, 2015

| Name | OracleEID | EmployeeStatus | DocumentName | EmployeeName | EmployeeNumber | FirstName | LastName | EffectiveDate | Paygroup | Department | WorkLocation | JobTitle | WorkState | HomeState | SignatureDate | SignatureType | SignatureStatement | Item Type | Path |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 184_230099_Vickie_Hale_-_Background_Check_Consent_Form.pdf | 800197844 | Active | 184_230099_Vickie Hale - Background Check Consent Form.pdf | Vickie Hale | 230099 | Vickie | Hale | 2/18/2015 | NEA - B | | 570183101120 | | Nevada | Costco - 25 Reno, NV | Nevada | | | Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |
| 185_230099_Vickie_Hale_-_Drug_Screening_Consent_Form.pdf | 800197844 | Active | 185_230099_Vickie Hale - Drug Screening Consent Form.pdf | Vickie Hale | 230099 | Vickie | Hale | 2/18/2015 | NEA - B | | 570183101120 | | Nevada | Costco - 25 Reno, NV | Nevada | | | Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |
| 230099_242_CDS_DI_Arbitration_Agrmnt.pdf | 800197844 | Term | 230099_242_CDS DI Arbitration_Agrmnt.pdf | Vickie Hale | 230099 | Vickie | Hale | 1/1/1900 | NEA - B | CDS_WEST | Costco - 25 Reno, NV | Advisor Sales | | | 2/19/2015 | e-signature | <p style="text-align: left;"><span style="font-size:12px;"><span style="color: #000000;font-family: Arial;">By signing this Agreement | Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |
| 230099_243_CDS_Part-Time_Employee_Field_Guide-4.13.17.pdf | 800197844 | Term | 230099_243_CDS Part-Time Employee Field Guide-4.13.17.pdf | Vickie Hale | 230099 | Vickie | Hale | 4/18/2017 | NEA - B | CDS_WEST | Costco - 25 Reno, NV | Advisor Sales | | | | e-signature | <h3><span><u><b>I acknowledge that</b></u></h3><span><span><span><span><ul><li><span>A copy of the Club Demonstration Services Part-Time Employee Field Guide is available for review in the CDS office in my work location.</span></li></ul><p></p><ul><li><span>I can always access this Field Guide—in addition to other company policies and documents referenced in this Field Guide—on the Access HR website at <a href="http://accesshr.zendesk.com/" target="_blank">AccessHR.Zendesk.com</a>.</span></li></ul><p><ul><li><span>I was issued an electronic version of this Field Guide via Workday where it's always available to me.</span></li></ul><p><p><span>I agree that I am an employee of CDS and not its customer or any of its business partners. I acknowledge that any questions that I may have regarding this Field Guide or my employment with CDS or any work-related issues that I may experience should be brought to the attention of any individual in my management chain or Access HR. I further acknowledge that the contact information for my managers and Access HR can be found posted in the CDS office in my assigned work location. </span></p><p><p><span>I understand that nothing in this Field Guide creates or is intended to create a promise or representation of continued employment and that my employment with CDS is always at-will | Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |
| 230099_244_GlobalCodeofConductEngFinal.pdf | 800197844 | Term | 230099_244_GlobalCodeofConductEngFinal.pdf | Vickie Hale | 230099 | Vickie | Hale | 9/1/2013 | NEA - B | CDS_WEST | Costco - 25 Reno, NV | Advisor Sales | | | 2/19/2015 | e-signature | <p>I acknowledge that I have received a copy of the Daymon Worldwide Global Code of Conduct (the Code). I understand that I am responsible for knowing the Code and following the standards set forth in the Code.</p><p></p><p>I further acknowledge that the Code is intended to provide a general overview of Daymon's policies and I should contact my manager | Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |
| 230099_245_Policy_Manual_2014-05-20.pdf | 800197844 | Term | 230099_245_Policy Manual 2014-05-20.pdf | Vickie Hale | 230099 | Vickie | Hale | 6/1/2014 | NEA - B | CDS_WEST | Costco - 25 Reno, NV | Advisor Sales | | | 2/19/2015 | e-signature | <p>I understand that my employment is at-will, which means that my employment is for no definite period and may be terminated by me or by the company at any time with or without cause or advance notice, so long as there is no violation of applicable federal or state law.  The policies and provisions contained in the Policy Manual - Retail Services are not intended to create any contractual or other legal obligations, other than the policy of at-will employment.  I understand and agree that, other than the President of Interactions, no employee of the company has authority to enter into any agreement for employment other than at-will.  Only the President of Interactions has the authority to make such agreement and then only in writing.</p> | Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |
| 230099_44_Global_Code_of_Conduct_-_English_-_2016.pdf | 800197844 | Term | 230099_44_Global Code of Conduct - English - 2016.pdf | Vickie Hale | 230099 | Vickie | Hale | 1/1/2016 | NEA - B | CDS_WEST | Costco - 25 Reno, NV | Advisor Sales | | | | e-signature | <p><b>I acknowledge that I have received a copy of the Daymon Worldwide Global Code of Conduct (the "Code"). </b></p><p><b>I further acknowledge that the Code is intended to provide a general overview of Daymon's policies and I should contact my manager, my Human Resources Business Partner, or any of the appropriate resources listed in the Code if I have any questions or concerns, or witness any behavior or situation that may be problematic to Daymon or violate the law or the Code.</b></p> | Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |
| 230099_669_2017_CDS_Leadership_Expectations_Acknowledgment. | 800197844 | Term | 230099_669_2017 CDS Leadership Expectations Acknowledgment.pdf | Vickie Hale | 230099 | Vickie | Hale | 11/8/2017 | NEA - B | CDS_WEST | Costco - 25 Reno, NV | Advisor Sales | | | | e-signature | <p><i><span>By providing my e-signature, I acknowledge that I have read and fully understand the 2017 CDS Leadership Expectations Acknowledgment and that I have been provided with an opportunity to address any questions I may have about this document with my District Manager or Regional Manager. I also acknowledge that I am responsible for familiarizing myself with and enforcing CDS policies and protocols, including the most recent version of the CDS Part-Time Employee Field Guide. I understand that if I violate any of the provisions set forth in the 2017 CDS Leadership Expectations Acknowledgment, this will constitute grounds for disciplinary action, up to and including immediate termination of my at-will employment.</span></i></p> | Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |

| Name | OracleID | EmployeeStatus |
|---|---|---|
| 184_230099_Vickie_Hale_-_Background_Check_Consent_Form.pdf | 800197844 | Active |
| 185_230099_Vickie_Hale_-_Drug_Screening_Consent_Form.pdf | 800197844 | Active |
| 230099_242_CDS_DI_Arbitration_Agrmnt.pdf | 800197844 | Term |
| 230099_243_CDS_Part-Time_Employee_Field_Guide-4.13.17.pdf | 800197844 | Term |
| 230099_244_GlobalCodeofConductEngFinal.pdf | 800197844 | Term |
| 230099_245_Policy_Manual_2014-05-20.pdf | 800197844 | Term |
| 230099_44_Global_Code_of_Conduct_-_English_-_2016.pdf | 800197844 | Term |
| 230099_669_2017_CDS_Leadership_Expectations_Acknowledgment. | 800197844 | Term |

2

| DocumentName | EmployeeName | EmployeeNumber |
|---|---|---|
| 184  230099  Vickie Hale - Background Check Consent Form.pdf | Vickie Hale | 230099 |
| 185  230099  Vickie Hale - Drug Screening Consent Form.pdf | Vickie Hale | 230099 |
| 230099_242_CDS DI Arbitration_Agrmnt.pdf | Vickie Hale | 230099 |
| 230099_243_CDS Part-Time Employee Field Guide-4.13.17.pdf | Vickie Hale | 230099 |
| 230099_244_GlobalCodeofConductEngFinal.pdf | Vickie Hale | 230099 |
| 230099_245_Policy Manual 2014-05-20.pdf | Vickie Hale | 230099 |
| 230099_44_Global Code of Conduct - English - 2016.pdf | Vickie Hale | 230099 |
| 230099_669_2017 CDS Leadership Expectations Acknowledgment.pdf | Vickie Hale | 230099 |

3

| FirstName | LastName | EmpDate | Company | Dealer | WorkLocation |
|---|---|---|---|---|---|
| Vickie | Hale | 2/18/2015 | | NEA - B | 570183101120 |
| Vickie | Hale | 2/18/2015 | | NEA - B | 570183101120 |
| Vickie | Hale | 1/1/1900 | NEA - B | CDS_WEST | Costco - 25 Reno, NV |
| Vickie | Hale | 4/18/2017 | NEA - B | CDS_WEST | Costco - 25 Reno, NV |
| Vickie | Hale | 9/1/2013 | NEA - B | CDS_WEST | Costco - 25 Reno, NV |
| Vickie | Hale | 6/1/2014 | NEA - B | CDS_WEST | Costco - 25 Reno, NV |
| Vickie | Hale | 1/1/2016 | NEA - B | CDS_WEST | Costco - 25 Reno, NV |
| Vickie | Hale | 11/8/2017 | NEA - B | CDS_WEST | Costco - 25 Reno, NV |

4

| JobTitle | WorkState | HomeState | SignatureDate | SignatureType |
|---|---|---|---|---|
| Nevada | Costco - 25 Reno, NV | Nevada | | |
| Nevada | Costco - 25 Reno, NV | Nevada | | |
| Advisor Sales | | | 2/19/2015 | e-signature |
| Advisor Sales | | | | e-signature |
| Advisor Sales | | | 2/19/2015 | e-signature |
| Advisor Sales | | | 2/19/2015 | e-signature |
| Advisor Sales | | | | e-signature |
| Advisor Sales | | | | e-signature |

5

| SignatureStatement | |
|---|---|
| `<p style=text-align: left;"><span style="font-size:12px;"><span style="color: #000000;font-family: Arial;">By signing this Agreement` | |
| `<h3><span><u><b>I acknowledge that</b></u>:</span></h3><span></span><span><span><span><ul><li><span>A copy of the Club Demonstration Services Part-Time Employee Field Guide is available for review in the CDS office in my work location.</span></li></ul><p></p><ul><li><span>I can always access this Field Guide—in addition to other company policies and documents referenced in this Field Guide—on the Access HR website at <a href=http://accesshr.zendesk.com/" target="_blank">AccessHR.Zendesk.com</a>.</span></li></ul><p></p><ul><li><span>-I was issued an electronic version of this Field Guide via Workday where it's always available to me.</span></li></ul><p></p><p><span>I agree that I am an employee of CDS and not its customer or any of its business partners. I acknowledge that any questions that I may have regarding this Field Guide or my employment with CDS or any work-related issues that I may experience should be brought to the attention of any individual in my management chain or Access HR. I further acknowledge that the contact information for my managers and Access HR can be found posted in the CDS office in my assigned work location. </span></p><p></p><p><span>I understand that nothing in this Field Guide creates or is intended to create a promise or representation of continued employment and that employment with CDS is always at-will` | |
| `<p>I acknowledge that I have received a copy of the Daymon Worldwide Global Code of Conduct (the Code"). I understand that I am responsible for knowing the Code and following the standards set forth in the Code.</p><p></p><p>I further acknowledge that the Code is intended to provide a general overview of Daymon's policies and I should contact my manager` | |
| `<p>I understand that my employment is at-will, which means that my employment is for no definite period and may be terminated by me or by the company at any time with or without cause or advance notice, so long as there is no violation of applicable federal or state law.  The policies and provisions contained in the Policy Manual - Retail Services are not intended to create any contractual or other legal obligations, other than the policy of at-will employment.  I understand and agree that, other than the President of Interactions, no employee of the company has authority to enter into any agreement for employment other than at-will.  Only the President of Interactions has the authority to make such agreement and then only in writing.</p>` | |
| `<p><b>I acknowledge that I have received a copy of the Daymon Worldwide Global Code of Conduct (the "Code"). </b></p><p></p><p><b>I further acknowledge that the Code is intended to provide a general overview of Daymon's policies and I should contact my manager, my Human Resources Business Partner, or any of the appropriate resources listed in the Code if I have any questions or concerns, or witness any behavior or situation that may be problematic to Daymon or violate the law or the Code.</b></p>` | |
| `<p><i><span>By providing my e-signature, I acknowledge that I have read and fully understand the 2017 CDS Leadership Expectations Acknowledgment and that I have been provided with an opportunity to address any questions I may have about this document with my District Manager or Regional Manager. I also acknowledge that I am responsible for familiarizing myself with and enforcing CDS policies and protocols, including the most recent version of the CDS Part-Time Employee Field Guide. I understand that if I violate any of the provisions set forth in the 2017 CDS Leadership Expectations Acknowledgment, this will constitute grounds for disciplinary action, up to and including immediate termination of my at-will employment.</span></i></p>` | |

6

| Item Type | Path |
|---|---|
| Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |
| Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |
| Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |
| Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |
| Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |
| Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |
| Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |
| Item | sites/DataTrak/WorkdayFiles/CDS_West/230099 |

7