# EXHIBIT 2

# EXHIBIT 2



Declaration of Neil C. Baker

KARYN M. TAYLOR, ESQ., Bar # 6142
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501-1944
Telephone:     775.741.2185
Fax No.:         775.204-9158
Email:            kmtaylor@littler.com

NEIL C. BAKER, ESQ., # 14476
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email:            nbaker@littler.com

*Attorney for Defendants*
CLUB DEMONSTRATION SERVICES, INC., and DAYMON WORLDWIDE INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICKIE HALE,<br><br>                Plaintiff,<br><br>vs.<br><br>CLUB DEMONSTRATION SERVICES, INC., a Connecticut Corporation, DAYMON WORLDWIDE, INC., a District of Columbia Corporation,<br><br>                Defendants. | Case No.  3:21-CV-00257-MMD-WGC<br><br>**DECLARATION OF NEIL C. BAKER IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO DISMISS THE ACTION, OR, ALTERNATIVELY, TO STAY THE ACTION PENDING ARBITRATION** |

I, NEIL C. BAKER, declare follows:

1. I am an attorney admitted to practice in the State of Nevada, an associate of the law firm Littler Mendelson, P.C., and counsel of record in this action for Defendants CLUB DEMONSTRATION SERVICES, INC., and DAYMON WORLWIDE, INC ("Defendants"). I make this Declaration in Support of Defendants' Motion to Compel Arbitration and to Dismiss the

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1 | Action, or Alternatively, to Stay the Action Pending Arbitration.

2 |   2. On August 9, 2021, I contacted counsel for Plaintiff VICKIE HALE ("Plaintiff"), Mr. James P. Kemp, by phone and e-mail to notify him that Plaintiff had signed "an agreement to arbitrate all disputes arising out of her employment, including the claims alleged in the Complaint in this matter." I included a copy of the Arbitration Agreement (the "Agreement") as an attachment to my e-mail, together with a record of Plaintiff's electronic signature of the Agreement. I further asked that Plaintiff "please agree to stipulate to move this matter to arbitration" to "avoid unnecessary expense." A true and correct copy of the e-mail I sent to Mr. Kemp on August 9, 2021, is attached here as **Exhibit A.**

  3. Mr. Kemp told during our phone call on August 9, 2021, that he expected to provide an answer about my proposed stipulation to move the matter to arbitration by August 10, 2021.

  4. Mr. Kemp did not contact me regarding the proposed stipulation on August 10, 2021.

  5. On August 11, 2021, I counsel followed up with a second e-mail to Mr. Kemp, again requesting that Plaintiff stipulate to move the matter to the arbitral forum. I reiterated that, "[i]f possible, [Defendants] would like to save all parties the unnecessary time and expense of fully briefing a motion to compel." A true and correct copy of the e-mail I sent to Mr. Kemp on August 11, 2021, is attached here as **Exhibit B**.

  6. On August 12, 2021, Mr. Kemp stated that he had "not had a chance to speak to Ms. Hale yet" but that he "hope[d] to do so today." A true and correct copy of the e-mail I received from Mr. Kemp on August 12, 2021, is attached here as **Exhibit C**.

  7. Defendants' deadline for responding to the Complaint (ECF No. 1) was August 13, 2021. Mr. Kemp did not contact me on or before that date to inform me whether Plaintiff was willing to stipulate to move the matter to arbitration.

  8. On August 26, 2021, Mr. Kemp informed me by e-mail that he did not agree that Plaintiff was subject to an enforceable arbitration agreement. He also asked to schedule a Rule 26(f) conference "and cancel out that September 15 pre-ENE meeting" ordered by Judge Baldwin. (ECF No. 10.) A true and correct copy of the e-mail I received from Mr. Kemp on August 26, 2021, is attached here as **Exhibit D**.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2

9. In response to Mr. Kemp's e-mail dated August 26, 2021, I sent Mr. Kemp an e-mail on the same date stating at Defendants "do not intend to continue litigating in the judicial forum, given the binding arbitration agreement signed by your client. We will participate only to the extent necessary to comply with the Court's order setting an ENE conference. We *do not waive our right to enforce the arbitration agreement* by our participation in the ENE or by our participation in any conference or disclosures necessary therefor." A true and correct copy of the e-mail I sent to Mr. Kemp on August 26, 2021, is attached here as **Exhibit E**.

10. I met with Mr. Kemp over the phone for a Rule 26(f) conference on August 31, 2021. During that conference, I reiterated that Defendants intended to move to compel Plaintiff to arbitrate her claims.

11. Attached here as **Exhibit F** is a true and correct copy of the American Arbitration Association's Employment Arbitration Rules and Mediation Procedures (the AAA Employment Arbitration Rules). I accessed and downloaded a copy of the AAA Employment Arbitration Rules by visiting https://www.adr.org/sites/default/files/EmploymentRules_Web_2.pdf on September 13, 2021.

12. I declare under penalty of perjury under the laws of the State of Nevada and the United States that the foregoing is true and correct.

Executed on September 23, 2021.

Neil C. Baker

4813-3951-0774.1 / 097919-1069