JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff VICKIE HALE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

VICKIE HALE,

                           Plaintiff,

vs.

CLUB DEMONSTRATION SERVICES, INC, a Connecticut Corporation; DAYMON WORLDWIDE INC., a District of Columbia Corporation.

               Defendant.  .

CASE NO. 3:21-cv-00257-MMD-WGC

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION (ECF No. 19) OR DISMISS THE ACTION (ECF No. 20)**

**(First Request)**

       The parties, by and through their respective counsel, hereby stipulate to extend the time for Plaintiff to respond to Defendants' MOTION TO COMPEL ARBITRATION (ECF No. 19) or DISMISS THE ACTION (ECF No. 20) from the current due date of Thursday, October 7, 2021 through and including ***Thursday, October 14, 2021***.

       This is the first request for an extension of this deadline.  The parties provide the following information to the Court regarding the proposed extension of time:

       1. Plaintiff's counsel has been delayed in completing work over the past several weeks due to illness in his family that he has been required to attend to.  He has informed Defendants' Counsel of the details of this and the parties agree to a one week extension of the Plaintiff's deadline to file a

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 • Fax (702) 258-6983

Response to the Motions.

2. Additionally, Plaintiff's counsel was out of town from September 29 through October 3 for a family commitment and will be out of town from October 7 through October 11 for a CLE conference in New Mexico.

3. There are no other deadlines or proceedings with which this extension would interfere.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

DATED this 5th day of October, 2021.                DATED this 5th day of October, 2021.


/s/ James P. Kemp                                   /s/      /s/ Neil C. Baker         .
James P. Kemp, Esq.                                 Karyn M. Taylor, Esq.
KEMP & KEMP ATTORNEYS AT LAW                        LITTLER MENDELSON, P.C.
7435 West Azure Drive, Suite 110                    200 S. Virginia St., 8th Floor
Las Vegas, NV 89130                                 Reno, NV 89501-1944
(702) 258-1183/ 258-6983 fax                        (775) 741-2185 / 204-9158 fax
Attorney for Plaintiff                              Neil C. Baker, Esq.
Vickie Hale                                         LITTLER MENDELSON, P.C.
                                                    3960 Howard Hughes Parkway, Ste. 300
                                                    Las Vegas, NV 89169-5937
                                                    (702) 862-8800 / 862-8811 fax
                                                    Attorneys for Defendants
                                                    Club Demonstration Services, Inc., and
                                                    Daymon Worldwide Inc.



**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  ___October 5, 2021___

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 • Fax (702) 258-6983