| | |
|---|---|
| 1 | KARYN M. TAYLOR, ESQ., Bar # 6142 |
|   | LITTLER MENDELSON, P.C. |
| 2 | 200 S. Virginia Street, 8th Floor |
|   | Reno, NV  89501-1944 |
| 3 | Telephone:    775.741.2185 |
|   | Fax No.:        775.204-9158 |
| 4 | Email:           kmtaylor@littler.com |

NEIL C. BAKER, ESQ., # 14476
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email:           nbaker@littler.com

*Attorney for Defendants*
CLUB DEMONSTRATION SERVICES, INC., and DAYMON WORLDWIDE INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICKIE HALE, | Case No.  3:21-CV-00257-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND TO DISMISS THE ACTION, OR, ALTERNATIVELY, TO STAY THE ACTION PENDING ARBITRATION (ECF NO. 19) (ECF NO. 20)** |
| CLUB DEMONSTRATION SERVICES, INC., and DAYMON WORLDWIDE INC. | |
| Defendants. | |
| | **(FIRST REQUEST)** |

Plaintiff VICKIE HALE ("Plaintiff") and Defendants CLUB DEMONSTRATION SERVICES, INC., and DAYMON WORLDWIDE INC. (collectively, "Defendants"), by and through the counsel of record, hereby stipulate to and respectfully request an order extending Defendants' time for filing a Reply in Support of their Motion to Compel Arbitration and to Dismiss the Action, or Alternatively, to Stay the Action Pending Arbitration (the "Motion," ECF Nos. 19, 20), which

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Defendants filed on September 23, 2021. The parties previously requested, and the Court granted, an extension of Plaintiff's deadline for filing her Opposition to the Motion (ECF Nos. 23, 24) through October 14, 2021. The parties now request an extension of Defendants' deadline for filing their Reply in Support of the Motion through October 28, 2021. This is the parties' first request to extend Defendants' time for filing their Reply in Support of their Motion.

The Parties make this request in good faith and not for purposes of undue delay. The request is necessary because Defendants' counsel have been delayed in preparing their Reply in Support of the Motion by their heavy caseloads and a recent death in the close family of Defendants' counsel. The parties' counsel have discussed the details and agree that a one-week extension is appropriate. The parties therefore respectfully request that the Court extend Defendants' deadline for filing their Reply in Support of their Motion through October 28, 2021.

Dated: October 19, 2021

Respectfully submitted,

*/s/ James P. Kemp*
JAMES P. KEMP, ESQ.
KEMP & KEMP, ATTORNEYS AT LAW

Attorney for Plaintiff
VICKIE HALE

Dated: October 19, 2021

Respectfully submitted,

*/s/ Neil C. Baker*
KARYN M. TAYLOR, ESQ.
NEIL C. BAKER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
CLUB DEMONSTRATION SERVICES, INC., and DAYMON WORLDWIDE INC.

**IT IS SO ORDERED.**

Dated:   October 19   , 2021.

_____
UNITED STATES DISTRICT JUDGE

4818-4013-3887.1 / 097919-1069

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2