KARYN M. TAYLOR, ESQ., Bar # 6142
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501-1944
Telephone:    775.741.2185
Fax No.:        775.204-9158
Email:           kmtaylor@littler.com

NEIL C. BAKER, ESQ., # 14476
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email:           nbaker@littler.com

*Attorney for Defendants*
CLUB DEMONSTRATION SERVICES, INC., and DAYMON WORLDWIDE INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICKIE HALE,<br><br>            Plaintiff,<br><br>vs.<br><br>CLUB DEMONSTRATION SERVICES, INC., and DAYMON WORLDWIDE INC.<br><br>            Defendants. | Case No.  3:21-CV-00257-MMD-WGC<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION AND STAY DISCOVERY PENDING RULING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION (ECF NOS. 19, 20)**<br><br>**(FIRST REQUEST)** |

In accordance with the stipulation reached by the parties during their Early Neutral Evaluation ("ENE") session on November 1, 2021 (ECF No. 30), Plaintiff VICKIE HALE and Defendants CLUB DEMONSTRATION SERVICES, INC., and DAYMON WORLDWIDE INC. (collectively, "Defendants"), by and through their counsel of record, hereby stipulate to and respectfully request an order (1) continuing the ENE session to a date following the Court's decision

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

on Defendants' Motion to Compel Arbitration and Dismiss the Action, or, Alternatively, to Stay the Action Pending Arbitration ("the Motion") (ECF Nos. 19, 20); and (2) staying discovery and all other unexpired deadlines until after the continued ENE session has concluded. Although the Court has granted one previous ENE continuance (ECF No. 18), this is the parties' first request for a continuance of the ENE made after holding an initial ENE session. This is the parties' first request to stay discovery and all other deadlines.

In consultation with U.S. Magistrate Judge Carla Baldwin during their ENE session on November 1, 2021, the parties determined it would serve their mutual interests to pause their ENE and stay discovery until the Court rules on Defendants' Motion. Because the parties do not presently know whether they will continue to litigate in this Court or whether they will be compelled to arbitration, the parties are not in position to make a reasonably accurate assessment of the anticipated costs of continued litigation. This uncertainty stands as a significant barrier to meaningful settlement discussions. Further, although Defendants deny all liability, it is impossible for them to meaningfully discuss settlement without considering the potential for an award of exemplary or punitive damages. It is presently impossible for Defendants reasonably to assess the amount of any such award, however, because the parties do not presently know whether the potential award would be issued by an arbitrator or a jury. This, too, is a significant barrier to meaningful settlement discussions. The parties therefore ask this Court to continue the ENE until after it has ruled on the Motion and thus determined the forum in which the parties will proceed with their litigation. Additionally, to avoid litigation costs that may prove duplicative or unnecessary in the event the parties move to arbitration or settle at the continued ENE, the parties further request that the Court stay discovery and all other unexpired deadlines until after the Motion is decided and the continued ENE has concluded.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2

For the foregoing reasons, the parties respectfully request that the Court:

1. Stay all unexpired deadlines in the Stipulated Discovery Plan and Scheduling Order (ECF No. 15) effective November 1, 2021;
2. In the event Defendants' Motion is not granted, order the parties jointly to contact U.S. Magistrate Judge Baldwin's chambers within 14 days after entry of the Court's order on the Motion to schedule a continued ENE session;
3. In the event Defendants' Motion is not granted, order the parties jointly to contact the Court within 14 days after the conclusion of the continued ENE session to schedule a status conference for the purpose of proposing a revised litigation schedule.

The parties file this Stipulation and Order in good faith and not for purposes of undue delay.

Dated: November 3, 2021     Dated: November 3, 2021

Respectfully submitted,     Respectfully submitted,

/s/ James P. Kemp     /s/ Neil C. Baker
JAMES P. KEMP, ESQ.     KARYN M. TAYLOR, ESQ.
KEMP & KEMP, ATTORNEYS AT LAW     NEIL C. BAKER, ESQ.
     LITTLER MENDELSON, P.C.

Attorney for Plaintiff     Attorneys for Defendants
VICKIE HALE     CLUB DEMONSTRATION SERVICES, INC., and DAYMON WORLDWIDE INC.

**IT IS SO ORDERED.**

Dated: November 3, 2021.


_____
UNITED STATES MAGISTRATE JUDGE

4891-0760-8833.1 / 097919-1069

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3