1  KARYN M. TAYLOR, ESQ., Bar # 6142
   LUKE W. MOLLECK, ESQ., # 14405
2  LITTLER MENDELSON, P.C.
   200 S. Virginia Street, 8th Floor
3  Reno, NV  89501-1944
   Telephone:     775.741.2185
4  Fax No.:       775.204-9158
   Email:         kmtaylor@littler.com
5                 lmolleck@littler.com

*Attorney for Defendants*
CLUB DEMONSTRATION SERVICES, INC., and DAYMON WORLDWIDE INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICKIE HALE,<br><br>   Plaintiff,<br><br>vs.<br><br>CLUB DEMONSTRATION SERVICES, INC., and DAYMON WORLDWIDE INC.<br><br>   Defendants. | Case No.  3:21-CV-00257-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

  Plaintiff VICKIE HALE ("Plaintiff") and Defendants CLUB DEMONSTRATION SERVICES, INC. and DAYMON WORLDWIDE, INC. ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

///

4866-8517-2275.2 / 097919-1069

The parties agree that neither party shall be deemed to be a prevailing party in this action and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: October 27, 2022

Respectfully submitted,

*/s/ James P. Kemp*
JAMES P. KEMP, ESQ.
KEMP & KEMP, ATTORNEYS AT LAW

Attorney for Plaintiff
VICKIE HALE

Dated: October 27, 2022

Respectfully submitted,

*/s/ Karyn M. Taylor*
KARYN M. TAYLOR, ESQ.
LUKE W. MOLLECK, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
CLUB DEMONSTRATION SERVICES, INC.,
and DAYMON WORLDWIDE INC.

**IT IS SO ORDERED:**

United States District Court Judge

Dated: __October 31__, 2022

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia St. 8th Floor
Reno NV 89501-1944
702.862.8800

2

4866-8517-2275.2 / 097919-1069